395 A.2d 994

Opie et al. v. Eichorn et al., Appellants.

452

▮▮▮▮▮▮▮▮▮

Argued September 12, 1978. John L. Sweezy, Assistant Attorney General, for appellants; Jeffrey M. Stopford, for appellees.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.